UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CENOBIO HUMBERTO HERRERA, SR., NELLY HERRERA<br><br>Defendants. | No. CR-02-00531 RSWL-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF TERRITORIAL JURISDICTION |

On December 3, 2007, Defendant Herrera filed a Motion to Dismiss for Lack of Territorial Jurisdiction. The Court hereby takes the matter under submission without opposition and **RULES AS FOLLOWS**:

Defendant maintains that the District Court did not have jurisdiction over the allegations in the original criminal indictment. (Mot. at 4.) Defendant therefore demands that the Court "establish the required

1 | exclusive federal jurisdiction..." (Mot. at 4.)

3 | Federal courts have exclusive jurisdiction over offenses against the laws of the United States under 18 U.S.C. § 3231, and the permission of the states is not a prerequisite to exercise that jurisdiction. <u>United States v. Sitton</u>, 968 F.2d 947, 953 (9th Cir. 1992); Moreover, Article I, Section 8 of the United States Constitution grants Congress the power to create, define, and punish crimes irrespective of where they are committed. <u>United States v. Mundt</u>, 29 F.3d 233, 237 (6th Cir. 1994).

14 | Defendant was charged and convicted of violating federal law, over which the District Court has original jurisdiction. Therefore, Defendant's Motion lacks merit and is summarily **DENIED**.

**IT IS SO ORDERED**.

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
**Senior, U.S. District Court Judge**

DATED: January 2, 2008