|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-02-00531 RSWL-1 |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER DENYING DEFENDANT'S ) MOTION TO RECONSIDER |
| CENOBIO HUMBERTO HERRERA, SR., NELLY HERRERA | ) |
| Defendants. | ) |

On January 24, 2008, Defendant Herrera filed a Motion to Reconsider this Court's Order pertaining to Defendant's Motion to Dismiss for Lack of Territorial Jurisdiction. The Court hereby takes the matter under submission without opposition and **RULES AS FOLLOWS:**

Defendant has failed to meet any of the requirements of a Motion to Reconsider.

Local Rule 7-18 provides that:

> A motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or
> (b) the emergence of new material facts or a change of law occurring after the time of such decision, or
> (c) a manifest showing of a failure to consider material facts presented to the Court before such decision.  No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion.

This Court previously considered each of the arguments presented in the Motion to Reconsider.  The Court is unaware, nor did Defendant address, any differences in the laws or facts which were previously presented.

///

///

2

1　　　The Court continues to maintain that it had proper
2　jurisdiction under 18 U.S.C. 3231 to preside over
3　Defendant's case.

5　　　Defendant's Motion to Reconsider is **DENIED**.

7　**IT IS SO ORDERED.**

　　　　　　　　　　　　　*Ronald S.W. Lew*
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　　**Senior, U.S. District Court Judge**

12　DATED: March 4, 2008