UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CENOBIO HUMBERTO HERRERA, SR., NELLY HERRERA<br><br>Defendants. | No. CR-02-00531 RSWL-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER<br><br>ORDER DECLINING TO ADJUST DEFENDANT'S PREVIOUSLY ISSUED SENTENCE |

On June 29, 2007, the Ninth Circuit Ordered a limited remand of this case pursuant to United States v. Ameline, 409 F.3d 1073 (9th Cir. 2005). The Ninth Circuit **AFFIRMED** Defendant's convictions in all other respects, including the Sentencing Guidelines used, the determination of the base line offense and the enhancements.

1    On October 26, 2007, after due consideration of
2 <u>United States v. Ameline</u>, 409F.3d 1073 (9th Cir. 2005),
3 this Court upheld Defendant's previously imposed
4 sentence.
5
6    On January 7, 2008, Defendant filed a Motion to Set
7 Aside Court's Ruling and Order After Consideration of
8 Joint Status Reports, For Excusable Neglect and Good
9 Cause.  The Government filed an Opposition to this
10 Motion, on February 25, 2008.
11
12    Having considered all papers submitted and all
13 arguments pertaining to the above Motion, the Court
14 hereby **RULES AS FOLLOWS**:
15
16    The Court **GRANTS** Defendant's Motion to the extent
17 it seeks reconsideration of the Court's prior rulings.
18 The Court will therefore consider all documents filed
19 by Defendant in his Joint Status Report, including
20 Defendant's military record.
21
22    The Court commends Defendant for his service in the
23 military, and considers it under 18 U.S.C. § 3553.
24 Indeed, the Court previously considered this
25 information when issuing the original sentence.
26 Nevertheless, the Court declines to alter Defendant's
27 sentence.  The Court confirms that had the Court
28

considered the Sentencing Guidelines merely advisory at the time of the original sentencing, and considered Defendant's military record, the Court would not have imposed a materially different sentence on Cenobio Humberto Herrera, Sr., than the sentence originally imposed.

The Court therefore **DENIES** Defendant's Motion to Set Aside the October 26, 2007 Order.

Having now complied with both the Ninth Circuit and <u>United States v. Ameline</u>, no further briefing or actions are required by the parties.  Defendant's sentence will not be altered.

**IT IS SO ORDERED.**

*[signature: Ronald S.W. Lew]*

**HONORABLE RONALD S.W. LEW**
**Senior, U.S. District Court Judge**

DATED: March 6, 2008