1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | CR 02-531 RSWL |
| 12 | Plaintiff, ) | |
| 13 | v. ) | **ORDER RE: RESCHEDULING OF STATUS CONFERENCE AND ORDERS TO APPEAR** |
| 14 | ) | |
| 15 | CENOBIO H. HERRERA, et al., ) | |
| 16 | Defendants. ) | |
| 17 | ) | |

   On its own Motion, the status conference and hearing on Defendant Cenobio Herrera's Petition for Review of Order Pursuant to F.R.A.P. Rule 15 is continued to May 8, 2009 at 10:00 a.m.

   The United States Attorney's Office is ordered to seek Defendant's transfer to this district so that defendant may appear at the status conference.

   Defendant is ordered to appear in Courtroom 21 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on May 8, 2009 at 10:00 a.m.

   Mr. Robison D. Harley is also ordered to appear in

Courtroom 21 of the Federal Courthouse, 312 N. Spring Street, Los Angeles, California on May 8, 2009 at 10:00 a.m. for possible appointment as counsel for Defendant. The Clerk of the Court shall serve this notice upon Mr. Robison D. Harley, Jr., at 825 North Ross Street, Santa Ana, California, 92701.

**IT IS SO ORDERED.**

/s/

_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: April 30, 2009