**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENOBIO HUMBERTO HERRERA,<br><br>　　　　　Defendant. | CR 02-531 RSWL<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION FOR APPOINTMENT OF COUNSEL** |

　　Defendant's Motion to Withdraw his Motion for Appointment of Counsel [329] is hereby **GRANTED.** The Motion for Appointment of Counsel [322] is withdrawn and this matter will proceed with the currently scheduled hearing under <u>Faretta v. California</u> on May 20, 2009 at 10:00 a.m.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　　Senior, U.S. District Court Judge

DATE: May 18, 2009

1