O

1

2

3

4

5

6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,    )  CR 02-531 RSWL
                                )
11              Plaintiff,       )
                                )  ORDER Re: Defendant's
12     v.                       )  Collection of Amount Due
                                )  and Payable letter [385]
13                              )
   CENOBIO H. HERRERA, SR.,     )
14                              )
                                )
15              Defendant.      )
                                )
16 _____)

17     Before the Court is Defendant Cenobio H. Herrera,

18 Sr.'s Collection of Amount Due and Payable/Third and

19 Final Notice.  In his letter, Defendant requests

20 $50,000,000.00 from the Court.  Defendant's request for

21 payment is **DENIED.**  As previously stated in the March

22 15, 2010 Order, Defendant presents no valid legal basis

23 for such a request.

24 **IT IS SO ORDERED.**

25 Dated: June 25, 2010

26                              RONALD S.W. LEW
                               _____
27                              **HONORABLE RONALD S.W. LEW**
28                              Senior, U.S. District Court Judge

                               1