O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ✓<br>) <br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>CENOBIO H. HERRERA, SR., )<br>)<br>Defendant. )<br>)<br>) | CR 02-00531-RSWL-1<br>CV 11-10505-RSWL<br><br>**ORDER re: Defendant's Motion for Extension of Time [406, 407]** |

Currently before the Court is Defendant Cenobio H. Herrera's ("Defendant") Motions for Extension of Time [**406, 407**], filed on March 19, 2012 and April 25, 2012. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Defendant's Motions are **GRANTED**. Defendant requests an extension of time to file his Reply to the Government's Opposition to Defendant's Motion to Vacate, Set Aside, Correct Sentence [403]. Defendant moves the Court to extend his deadline to Reply from March 30,

2012 to August 30, 2012, because he is not in possession of the necessary documents to properly draft his Reply. Good cause having been shown, the Court hereby **GRANTS** Defendant's Motions for Extension of Time.  Therefore, the Court hereby orders Defendant to submit his Reply on or before August 30, 2012.

**IT IS SO ORDERED.**

Dated: May 10, 2012

                        RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge