```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11
12  United States of America,  )  CR 02-00531-RSWL-1
                               )
13                             )
                  Plaintiff,   )  ORDER RE: DEFENDANT'S
14                             )  REQUEST FOR PROOF OF
        v.                     )  CLAIM FROM THE U.S.
15                             )  ATTORNEY [416]
                               )
16  Cenobio H. Herrera, Sr.,   )
                               )
17                             )
                  Defendant.   )
18                             )
                               )
19 ─────────────────────────────
```

Currently before the Court is Defendant Cenobio H. Herrera's ("Defendant") Request for Proof of Claim From the U.S. Attorney [416]. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS**: Defendant's Request is **DENIED**.

Defendant has directly appealed his conviction and sentence in this criminal matter multiple times [184, 301, 336, 414]. However, not once has he raised the

1

1  issue of subject matter jurisdiction before the Ninth
2  Circuit.  Accordingly, Defendant has "procedurally
3  defaulted" his claim challenging this Court's subject
4  matter jurisdiction.  See <u>Bousley v. U.S.</u>, 523 U.S.
5  614, 622 (1998); <u>United States v. Braswell</u>, 501 F.3d
6  1147, 1149-50 (9th Cir. 2007).  Moreover, Defendant
7  does not argue that the <u>Bousley</u> exceptions of "cause"
8  and "prejudice" or "actual innocence," which justify
9  failure to raise a claim on direct review, apply here.
10 See <u>Bousley</u>, 523 U.S. at 622 ("Where a defendant has
11 procedurally defaulted a claim by failing to raise it
12 on direct review, the claim may be raised in habeas
13 only if the defendant can first demonstrate either
14 'cause' and actual 'prejudice,' or that he is 'actually
15 innocent.'" (internal citations omitted)).
16      Furthermore, Defendant's Motion fails on the merits
17 for, as previously held by this Court, Dkt. ## 238,
18 252, 289, and stated in more detail in the Government's
19 Opposition, Opp'n Part II.D, this Court had proper
20 subject matter jurisdiction over Defendant's offense.
21 Thus, the Court **DENIES** Defendant's Request for Proof of
22 Claim From the U.S. Attorney.
23
24 **IT IS SO ORDERED.**
25 DATED: May 30, 2013
26                          *RONALD S.W. LEW*
                            _____
27                          **HONORABLE RONALD S.W. LEW**
28                          Senior, U.S. District Court Judge