**UNITED STATES DISTRICT COURT**

                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CENOBIO H. HERRERA, SR., et al.,<br><br>        Defendants. | CR 02-531-RSWL-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL JUDGMENT** [506] |

Currently before the Court is Defendant Cenobio H. Herrera Sr.'s ("Defendant") Motion to Compel Judgment under Federal Rule of Civil Procedure ("Rule") 12(c) to Reduce Sentence pursuant to Compassionate Release [506], filed on October 23, 2019.  The Court sets the following briefing schedule:

    Government's Opposition         November 22, 2019
    Defendant's Reply               December 27, 2019

1

1   The Motion will be deemed submitted upon receipt of
2   the Reply or on the expiration of the Reply deadline.
3   **IT IS SO ORDERED.**
4
5   DATED: November 1, 2019            /s/ Ronald S.W. Lew
6                                      **HONORABLE RONALD S.W. LEW**
                                       Senior U.S. District Judge
7