**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CENOBIO H. HERRERA, SR., et al.,<br><br>Defendants. | CR 02-531-RSWL-1<br><br>**ORDER RE: DEFENDANT'S MOTION TO COMPEL JUDGMENT** [506] |

Currently before the Court is Defendant Cenobio H. Herrera Sr.'s ("Defendant") Motion to Compel Judgment under Federal Rule of Civil Procedure ("Rule") 12(c) [506], filed on October 23, 2019. On October 10, 2019, the Court issued its order regarding the Motions upon which Defendant requests action [502]. Because the Court already issued its ruling on Defendant's Motion for Sentence Reduction based on Amendment 782 to the

1

United States Sentencing Guidelines ("USSG") [486] and Petition to Amend Motion for Sentence Reduction [493], the briefing schedule [507] is vacated and the Clerk shall re-serve Defendant with the Order [502].

**IT IS SO ORDERED.**

DATED: November 18, 2019     /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge